■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PARKER, JR., Appellant.— Appeal from a judgment of the County Court of Ulster County, rendered on June 16, 1971, convicting defendant on his plea of guilty of the crime of murder and imposing an indeterminate sentence with a minimum of 20 years and a maximum of life. The appellant contends that the trial court erred in denying motions to suppress certain physical evidence and a confession. He also contends that the sentence imposed was excessive. Judgment affirmed. Herlihy, P. J., Greenblott, Simons, Kane and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARY P. EVANS, Appellant.— Appeal by the defendant from a judgment of the County Court of Albany County, rendered December 10, 1971, upon a jury verdict convicting him of the crime of burglary in the third degree and imposing an indeterminate sentence having no minimum and having a maximum of six years. The defendant in his brief sets forth nine points of alleged errors. They concern suppression of evidence; empaneling the jury after a codefendant's plea of guilty; failure to amend the indictment; excessive cross-examination; failure to record the proceedings in police court; complaints concerning the evidence and the charge of the court; and excessiveness of the sentence. The record has been examined in detail and there were no errors as alleged in the brief, or otherwise, which require the granting of a new trial and the record sustains his conviction beyond a reasonable doubt. Judgment affirmed. Herlihy, P. J., Greenblott, Sweeney, Simons and Reynolds, JJ., concur.